[No. 7357.   Decided May 28, 1909.]

WASHINGTON DREDGING & IMPROVEMENT COMPANY, *Appellant*, v. THE
STATE OF WASHINGTON *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for Thurston
county, Linn, J., entered November 30, 1907.   Affirmed.

*Shepard & Flett, Thomas M. Vance,* and *Will H. Thompson,* for
appellant.

*G. E. de Steiguer et al.,* for respondents.   See *ante* p. 346.

PER CURIAM.—This action involves the same issues, judgment, and
assignments of error as No. 7358, in which an opinion has been filed
on this date, *ante* p. 346, 101 Pac. 884.   On the authority of that
opinion, the judgment is affirmed.

────────────

[No. 7743.   Decided June 28, 1909.]

THE STATE OF WASHINGTON, *on the Relation of Chicago, Milwaukee
& St. Paul Railway Company, Plaintiff,* v. THE SUPERIOR
COURT FOR KING COUNTY *et al., Respondents.*[2]

Certiorari to review an order of the superior court for King
county, Gilliam, J., entered October 7, 1908.   Reversed.

*H. H. Field* and *Geo. W. Korte,* for relator.

*James B. Howe, A. J. Falknor,* and *R. G. Sharpe,* for respondents.

PER CURIAM.—The question in this case is substantially identical
with that submitted in the case of *Chicago, Milwaukee etc. R. Co. v.
Tacoma R. & P. Co., ante* p. 682, 102 Pac. 778, and for the reasons
therein stated the order sought to be reviewed is reversed, with in-
structions to enter a new order of condemnation in the form of the
first order, omitting its fifth condition.

[1]Reported in 101 Pac. 885.
[2]Reported in 102 Pac. 780.